IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'09 JUN -3 AM 11:58

TI[...] [...]EN
CLERK
BY_____ DEPUTY
AT KANSAS CITY, KS

Lori L. Jeannin
212-A E. Sea Ct.
Indep, MO. 64050
(Enter above the full name of Plaintiff(s))

vs.

Ford Motor Co.
Name

8121 N.E. 69 Hwy
Street and number

Kansas City MO. 64050
City    State    Zip Code

Case Number: 09-CV-2287
(To be assigned by Clerk)

JWL/DJW

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [X] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [X] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

Lori L. Jeannin

       for employment discrimination on the basis of disability.
       **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

      \_\_\_\_ Other (Describe)

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur?  Please give the date or time period:
   April 16, 2007

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   X Yes    Date filed: _____
   \_\_\_\_ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   \_\_\_\_ Yes    Date filed: _____
   X No

6. Have you received a Notice of Right-to-Sue Letter?
   X Yes \_\_\_\_ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   X 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   \_\_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

Lori L. Jeannin

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   ___ failure to hire me
   ___ termination of my employment
   ___ failure to promote me
   ___ failure to accommodate my disability
   ___ terms and conditions of my employment differ from those of similar employees
   _X_ retaliation
   _X_ harassment
   ___ reduction in wages
   ___ other conduct (specify): I worked as a floater.

   My job on ~~left~~ right torque job ended ~~Jan~~ of 2007, never recieved utility pay for any work as a floater from that time on

   Did you complain about this same conduct in your charge of discrimination?
   _X_ Yes  ___ No  Told committeeman

9. I believe that I was discriminated against because of (check all that apply):
   ___ my race or color, which is _____
   ___ my religion, which is _____
   ___ my national origin, which is _____
   ___ my gender, which is ___ male; _X_ female
   ___ my disability or perceived disability, which is degeneration of disc disease / carpel tunnel
   ___ my age (my birth date is: 48)
   ___ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   _X_ Yes  ___ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

   I believe they new my ~~work injury~~ disability or work injury was bad and my attorneys kept stringing me along in order to make a piece. Therefore my doctors did not tell me the seizerity of my neck disorder. I wasn't treated evdent ~~so~~ for pain management. I rehired my attorney thinking I had to have an attorney in order to get a disability rating. ~~[scribbled out]~~
   ● I spoke to Mr. Driskol but am not finished with the paperwork. They have a refferal or Dr. report from Dr. Susime, I don't know exactly what to do but fires ___ over

Shellie Rebman. This has gotten out of hand and Samual James said today I need a disability attorney. Thats what I'll do. Ford has been coming in my home and they need to be stopped. Dr. Dennis Katz prescribed medication, CVS pharmacy has filled it in Dr. Oznaurovas name. This is too big for me please please help me. Sincerely

Lori L. Jennin

6-3-09

They are messing with my medical records also, Shellie and Larry Rebman I believe are involved in all of this. I thought I needed a workmans comp attorney in order to have a rating to take to the disability attorney and also out of fear of termination. This has been going since April 2007 This is why I thought I had to have

Lori L. Jeannin

Disability

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ___ are still being committed by Defendant.
    ___ are no longer being committed by Defendant.
    _X_ may still be being committed by Defendant.

12. Plaintiff:
    _X_ still works for Defendant
    ___ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ___ Yes  _X_ No
    Explain: 1 H hinge plate still had to Reach to

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
    ___ Defendant be directed to employ Plaintiff
    ___ Defendant be directed to re-employ Plaintiff
    ___ Defendant be directed to promote Plaintiff
    _X_ Defendant be directed to Pay damages for emotional physical
    _X_ Injunctive relief (please explain): Leave me and my family alone. damages
    _X_ Monetary damages (please explain): Stay out of my car house and my
    _X_ Costs and fees involved in litigating this case family's
    ___ As additional relief to make Plaintiff whole, Plaintiff seeks: Compensation
    For not being treated fairly
and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _3_ day of _June_, 20_09_.

Signature of Plaintiff
Lori L. Jeannin
Name (Print or Type)
212-A E. Sea Ave
Address
212-A E. Sea Ave.
City State Zip Code
Indep. MO. 64050

4

*Lori L. Jeannin*

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, ~~Kansas City~~ or Topeka ), Kansas as the location for the trial in this matter.    (circle one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes ⊗ or no ).
YES    (circle one)

_____
Signature of Plaintiff

Dated: 6-3-09
(Rev. 8/07)

5