IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**Lori L. Jeannin,**

        **Plaintiff,**

v.                                                            Case No. 09-2287-JWL

**Ford Motor Company,**

        **Defendant.**

## MEMORANDUM & ORDER

Plaintiff, proceeding pro se, filed suit against defendant, her employer, alleging violations of various federal anti-discrimination statutes. On June 3, 2009, plaintiff filed a motion to proceed in forma pauperis. On June 12, 2009, Magistrate Judge Waxse issued his report and recommendation concerning the motion, recommending that the court deny plaintiff's motion on the grounds that plaintiff's affidavit of financial status reflects that plaintiff has sufficient financial resources to pay the filing fee. In lieu of filing objections to the magistrate judge's report and recommendation, plaintiff has filed a motion to stay the case until her mental health improves sufficiently to permit her to retain and assist an attorney in connection with this lawsuit.

The motion to stay is denied. Significantly, plaintiff does not indicate in her motion that the present status of her mental health impedes her ability to respond to the magistrate judge's report and recommendation concerning her motion to proceed in forma pauperis. Her motion reflects that she is receiving outpatient care for issues concerning her mental health such that she has access to the court system and the motion itself is coherent and reflects an understanding of the litigation process. The court, however, will permit plaintiff an additional period of time, up

to and including July 15, 2009, to file any objections she may have to the magistrate judge's report and recommendation.  If plaintiff does not object to the report by that date, the court will adopt the report and recommendation in its entirety and deny the motion to proceed in forma pauperis.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's motion to stay case (doc. #8) is denied and plaintiff shall file any objections to the report and recommendation of Magistrate Judge Waxse no later than July 15, 2009

**IT IS SO ORDERED** this 29th day of June, 2009.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge

2